[No. 30612-7-III.   Division Three.   May 14, 2013.]

OSCAR A. VILLA, *Appellant*, v. THE DEPARTMENT OF LABOR AND INDUSTRIES, *Respondent*.

Appeal from a judgment of the Superior Court for Benton County, No. 11-2-00955-3, Cameron Mitchell, J., entered January 23, 2012. *Affirmed* by unpublished opinion per Brown, J., concurred in by Korsmo, C.J., and Siddoway, J.

[No. 30911-8-III.   Division Three.   May 14, 2013.]

CAROL MARIE (ALMGREN) SCHNEIDER, *Respondent*, v. JEFFREY JOSEPH ALMGREN, *Appellant*.

Appeal from a judgment of the Superior Court for Asotin County, No. 05-3-00141-0, William D. Acey, J., entered May 21, 2012. *Affirmed* by unpublished opinion per Brown, J., concurred in by Korsmo, C.J., and Siddoway, J.

[No. 66924-9-I.   Division One.   May 20, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL EMERIC MOCKOVAK, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 09-1-07237-6, Palmer Robinson, J., entered March 17, 2011. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Grosse and Cox, JJ.

[No. 67925-2-I.   Division One.   May 20, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. GLENN ALLEN NORTHROP, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 02-1-08555-1, Mariane C. Spearman, J., entered October 7, 2011. *Affirmed in part* and *remanded with instructions* by unpublished per curiam opinion.